AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

**SEALED**

United States of America
v.
LEYI HUANG

Case No. 17-6080-MPK

Defendant

FILED IN CLERK'S [OFFICE]
2017 MAY 18 PM 2 19
U.S. DISTRICT COURT
DISTRICT OF [MASSACHUSETTS]

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
2017 MAY 4 AM 8 55

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LEYI HUANG                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   Conspiracy - 18 U.S.C. section 371

Date:   05/03/2017
                                                           *Issuing officer's signature*

City and state:   Boston, MA
                                                           M. Page Kelley, United States Magistrate Judge
                                                           *Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                WARRANT EXECUTED BY  ICE  ,   *Arresting officer's signature*
                BY ARREST/ARRAIGNMENT OF THE
                DEFENDANT ON  5/4/2017
                                                           *Printed name and title*