# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No.** |
| v. ) | **17-10255-FDS** |
| ) | |
| **LEYI HUANG,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF EXCLUDABLE DELAY

**SAYLOR, J.**

A combined plea and sentencing was previously set in this matter for March 13, 2018. However, due to a blizzard, the combined plea and sentencing had to be postponed until April 2, 2018. Both parties have agreed to exclude the time through April 6, 2018, from the Speedy Trial Act.

The Court finds that "the ends of justice served by [resetting the date for the combined plea and sentencing] outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Therefore, the period of time from March 19, 2018, through April 6, 2018, shall be excluded under the Speedy Trial Act.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: March 16, 2018    United States District Judge